# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRELL COOK,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 17-CV-527-SMY-RJD |
| **KENNETH BROWN, DR. JOHN COE,** | ) |
| **and RN WELTY,** | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 54) recommending that Defendants Brown, Coe, and Welty's Motions for Summary Judgment (Docs. 48 and 51) be granted. No objections to the Report have been filed. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Defendants Coe and Welty are entitled to summary judgment on Plaintiff's Eighth Amendment deliberate indifference claim (Count 1) and that Defendant Brown is entitled to summary judgment on

Plaintiff's Eighth Amendment conditions of confinement claim (Count 3). The Court finds no clear error in Judge Daly's findings, analysis, or conclusions, and adopts her Report and Recommendation in its entirety. Accordingly, Defendants Brown, Coe, and Welty's Motions for Summary Judgment (Docs. 48 and 51) are **GRANTED**. Judgment shall be entered.

**IT IS SO ORDERED.**

**DATED: May 20, 2019**

**STACI M. YANDLE
United States District Judge**